CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

09/05/2018

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| JOHN P., JR., *Plaintiff,* v. Acting Commissioner of Social Security, *Defendant.* | CASE NO. 3:17-cv-00036 **O R D E R** |

Before the Court are cross Motions for Summary Judgment (dkts. 14 & 17), and the Report & Recommendation of U.S. Magistrate Judge Joel C. Hoppe (dkt. 19, "R&R"). Under Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Hoppe for a recommended disposition. After review of the record, and no objections having been filed to the R&R within fourteen days of service upon the parties, I will adopt the R&R. Accordingly:

1. The R&R of August 20, 2018, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment is hereby **GRANTED**;

3. Defendant's Motion for Summary Judgment is hereby **DENIED**;

4. The Commissioner's final decision is hereby **REVERSED**;

5. The case is hereby **REMANDED** for further administrative proceedings under the fourth sentence of 42 U.S.C. 405(g). This case is stricken from the active docket, and the Clerk is directed to send a copy of this Order to counsel.

Entered this  5th   day of September, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE